Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−11660−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Patricia A. White
    aka Patricia A Jones
    101 North West Avenue
    Minotola, NJ 08341

Social Security No.:
    xxx−xx−1941

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2023.

On 1/9/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                    February 21, 2024
Time:                    10:00 AM
Location:                4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 10, 2024
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                Case No. 23-11660-JNP

Patricia A. White                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: 185 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142 |
| cr | + | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519850655 | + | First Harvest Cu, 1615 Hurffville Rd Rear, Deptford, NJ 08096-6406 |
| 519850656 | + | Gary White, 101 North West Avenue, Minotola, NJ 08341-1142 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519850651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 20:48:14 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519889649 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 21:03:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519850652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2024 21:04:01 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519850653 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 20:49:28 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 519850654 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 10 2024 20:50:00 | Crosscountry Mtg/Doven, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 519911975 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 10 2024 20:50:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519850657 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2024 20:50:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881703 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:03:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519887187 | | Email/PDF: cbp@omf.com | Jan 10 2024 21:04:24 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519850658 | + | Email/PDF: cbp@omf.com | Jan 10 2024 21:03:51 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 519901482 | | Email/Text: bnc-quantum@quantum3group.com | Jan 10 2024 20:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519850659 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 10 2024 20:50:00 | Rubin & Rothman, LLC, 1787 Verterans Memorial Highway, Islandia, NY 11749-1500 |

TOTAL: 14

District/off: 0312-1                         User: admin                              Page 2 of 2

Date Rcvd: Jan 10, 2024                      Form ID: 185                        Total Noticed: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Patricia A. White daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5