ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for First Harvest Credit Union
f/k/a South Jersey Federal Credit Union

**Order Filed on February 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| Patricia A. White | : | CASE NO.: 23-11660-JNP |
|  | : |  |
|  | : | CHAPTER 13 |
| Debtor. | : |  |
|  | : | Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER GRANTING FIRST HARVEST
CREDIT UNION RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by First Harvest Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, and by the Debtor, Patricia A White (the "Debtor"), by and through her counsel, Tamika N. Wyche, Esquire, and the Debtor having agreed to surrender to the Credit Union her 2017 Mercedes Benz GLS Wagon ("Collateral") which Collateral secures the obligation to the Credit Union and the parties having amicably resolved the matter, and for good cause, it is

**ORDERED** that the Debtor shall surrender the Collateral to the Credit Union and the Credit Union shall be and hereby is granted relief from the automatic stay so that it may enforce its rights and remedies against the Collateral under applicable law.

WE HEREBY CONSENT TO THE
FORM AND CONTENT HEREOF:

Tamika N. Wyche, Esquire
Attorneys for the Debtor
Patricia A White

By: /s/ Tamika N Wyche, Esquire

Robert J. Malloy, Esquire, PC
Attorney for First Harvest Credit Union

By: /s/ Robert J. Malloy, Esquire