ROBERT J. MALLOY, ESQUIRE (RM9222)
ROBERT J. MALLOY, ESQUIRE P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf@robmalloylaw.com
Attorneys for First Harvest Credit Union
f/k/a South Jersey Federal Credit Union

Order Filed on February 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| IN RE: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| Patricia A. White | : |  |
|  | : | CASE NO.: 23-11660-JNP |
|  | : |  |
|  | : | CHAPTER 13 |
| Debtor. | : |  |
|  | : |  |
|  | : | Honorable Jerrold N. Poslusny, Jr. |

**CONSENT ORDER GRANTING FIRST HARVEST
CREDIT UNION RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by First Harvest Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, and by the Debtor, Patricia A White (the "Debtor"), by and through her counsel, Tamika N. Wyche, Esquire, and the Debtor having agreed to surrender to the Credit Union her 2017 Mercedes Benz GLS Wagon ("Collateral") which Collateral secures the obligation to the Credit Union and the parties having amicably resolved the matter, and for good cause, it is

**ORDERED** that the Debtor shall surrender the Collateral to the Credit Union and the Credit Union shall be and hereby is granted relief from the automatic stay so that it may enforce its rights and remedies against the Collateral under applicable law.

WE HEREBY CONSENT TO THE
FORM AND CONTENT HEREOF:

Tamika N. Wyche, Esquire
Attorneys for the Debtor
Patricia A White

By: /s/ Tamika N Wyche, Esquire

Robert J. Malloy, Esquire, PC
Attorney for First Harvest Credit Union

By: /s/ Robert J. Malloy, Esquire

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-11660-JNP
Patricia A. White  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Patricia A. White daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5