UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Tamika N. Wyche, Esquire**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**2985 YORKSHIP SQUARE, SUITE 1A**
**CAMDEN, NEW JERSEY 08104**
**(856) 338-0411**
TNW 006502006

Order Filed on April 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re: PATRICIA WHITE

Case No.: 23-11660-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

ORDER ALLOWING ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 24, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: PATRICIA WHITE

Case No: 23-11660

Caption of Order: ORDER ALLOWING ATTORNEY FEES

_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire of the Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Application for Allowance of Attorney fees to Attorney for Debtor; and the Court after reviewing said Application; and for good cause having been shown;

IT IS HEREBY ORDERED that the Law Offices of David Paul Daniels, LLC, is allowed the sum of $520.00 for their fees and costs of which $0.00 has already been received by the Attorney and of which there is a balance of $520.00;

IT IS FURTHER ORDERED that the Attorney fee shall be paid through the Plan as a priority administrative claim, pursuant to Chapter 503(b) and 507(a)(1);

IT IS FURTHER ORDERED the Debtor's monthly plan is modified to a payment of $742.00 per month for the remaining 23 months to allow for payment of the aforesaid fee, beginning, May 1, 2024.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-11660-JNP
Patricia A. White                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2
Date Rcvd: Apr 24, 2024          Form ID: pdf903          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor CrossCountry Mortgage  LLC kimwilson@raslg.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Patricia A. White daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: pdf903 | Total Noticed: 1
TOTAL: 6