UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

Patricia A. White,

Debtor(s).'

Case No. 23-11660    JNP

Judge:    Jerrold N. Poslusny, Jr.

**AMENDED STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS,** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS,** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow:

1.    Debtor's case be and is hereby allowed to continue at $10,435.00 total receipts applied to plan, then $948.00 for the remaining twenty-one (21) months commencing July 1, 2024, for a total of thirty-six (36) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on June 8, 2023 remain in effect.

 */s/    Tamika N. Wyche, Esquire*                    */s/    Andrew B. Finberg, Esquire*
Tamika N. Wyche, Esquire,                             Andrew B. Finberg,
Attorney for Debtor                                   Chapter 13 Standing Trustee


Dated:        6/6/2024                                Dated:        6/21/2024


*Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee*