Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 23−11660−JNP
           Chapter: 13
           Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Patricia A. White
   aka Patricia A Jones
   101 North West Avenue
   Minotola, NJ 08341

Social Security No.:
   xxx−xx−1941

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 6, 2025.


Dated: March 6, 2025
JAN: as

                                            Jeanne Naughton
                                            Clerk

Case 23-11660-JNP    Doc 57    Filed 03/08/25    Entered 03/09/25 00:25:28    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11660-JNP |
| Patricia A. White | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2025 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142 |
| 519850655 | + | First Harvest Cu, 1615 Hurffville Rd Rear, Deptford, NJ 08096-6406 |
| 519850656 | + | Gary White, 101 North West Avenue, Minotola, NJ 08341-1142 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Mar 06 2025 20:56:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519850651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 06 2025 21:27:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519889649 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 06 2025 21:11:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519850652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 06 2025 21:27:04 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519850653 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2025 21:27:35 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 520200047 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | CrossCountry Mortgage, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, CrossCountry Mortgage 75261-9096, ATTN: Bankruptcy Dept |
| 520200046 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2025 20:55:00 | CrossCountry Mortgage, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 519911975 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 06 2025 20:55:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519850654 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 06 2025 20:55:00 | Crosscountry Mtg/Doven, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 519850657 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 06 2025 20:56:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881703 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2025 21:27:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520556327 | + | Email/Text: ecfbnc@aldridgepite.com | Mar 06 2025 20:55:00 | Nationstar Mortgage LLC, c/o Leslie Gomez, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 519887187 | | Email/PDF: cbp@omf.com | Mar 06 2025 21:10:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN |

| | | | | |
|---|---|---|---|---|
| 519850658 | + Email/PDF: cbp@omf.com | Mar 06 2025 21:12:03 | Onemain, Po Box 1010, Evansville, IN 47706-1010 47731-3251 | |
| 519901482 | Email/Text: bnc-quantum@quantum3group.com | Mar 06 2025 20:56:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 | |
| 519850659 | + Email/Text: bankruptcy@rubinrothman.com | Mar 06 2025 20:55:00 | Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 | |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 08, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor CrossCountry Mortgage  LLC kimwilson@raslg.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Tamika Nicole Wyche | on behalf of Debtor Patricia A. White daviddanielslaw@gmail.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7