**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                              Case No. 23-11660-JNP
                                                    Chapter 13
Patricia A. White

Debtor(s).

## NOTICE OF APPEARANCE

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 009221995
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of December, 2025, to the following:

Tamika Nicole Wyche
Law Offices of David Paul Daniels, LLC
2985 Yorkship Square
Suite 1A
Camden, NJ 08104
daviddanielslaw@gmail.com
***Attorney for Debtor(s)***


Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
ecfmail@standingtrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Patricia A. White
101 North West Avenue
Minotola, NJ 08341

***Debtor(s)***


                          By:        /s/ Steven K. Eisenberg
                                    Steven K. Eisenberg, Esquire