UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Patricia A. White

           Debtor

Case Number: 23-11660-JNP

Judge: Jerrold N. Poslusny, Jr.

Hearing Date(s): January 27, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: March 13, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| Applicant: | CrossCountry Mortgage, LLC |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Tamika Nicole Wyche |
| Property Involved ("Collateral"): | 101 N West Ave, Minotola, NJ 08341 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☑ The Debtor is overdue for **5** months, from **10/01/2025** to **02/01/2026**.

   ☑ The Debtor is overdue for **5** payments at **$1,398.39** per month.

   ☐ The Debtor is assessed for ___ late charges at $_____ per month.

   ☑ Applicant acknowledges Debtor's Suspense Balance in the amount of **$352.47**.

   Total Arrearages Due **$6,639.48**

2. Debtor must cure all post-petition arrearages, as follows:

   ☑ Immediate payment shall be made in the amount of **$1,450.00**. Payment shall be made no later than **01/30/2026** per Debtor's Opposition to the Motion.

2

☑ Additional payment shall be made in the amount of **$1,450.00**. Payment shall be made no later than **02/28/2026** per Debtor's Opposition to the Motion.

☑ Beginning on **03/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$1,398.39** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☑ Beginning on **03/01/2026** additional monthly cure payments shall be made in the amount of **$623.25** for **5** months and in the amount of **$623.23** for **1** month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑ Immediate payment:

**Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741**

☑ Regular monthly payment:

**Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741**

☑ Monthly cure payment:

**Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741**

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑  In the event that this case dismisses, discharges or converts to another chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order are null and void.

5. Award of Attorneys' Fees:

☑  The Applicant is awarded attorney's fees of $675.00, and costs of $199.00.

    The fees and costs are payable:

☑  through the Chapter 13 plan.

☐  to the Secured Creditor within _____ days.

☐  Attorneys' fees are not awarded.

_____
Tamika Nicole Wyche, Esquire
Counsel for Debtor


__/s/ Steven Kelly_____     03/09/2026

Steven Kelly, Esquire

STERN & EISENBERG, PC

Attorney for Movant

*Rev.8/1/15*