UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

**Order Filed on March 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Patricia A. White

    Debtor

Case Number: 23-11660-JNP

Judge: Jerrold N. Poslusny, Jr.

Hearing Date(s): January 27, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: March 13, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

| Applicant: | CrossCountry Mortgage, LLC |
|---|---|
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Tamika Nicole Wyche |
| Property Involved ("Collateral"): | 101 N West Ave, Minotola, NJ 08341 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☑ The Debtor is overdue for **5** months, from **10/01/2025** to **02/01/2026**.

   ☑ The Debtor is overdue for **5** payments at **$1,398.39** per month.

   ☐ The Debtor is assessed for ___ late charges at $_____ per month.

   ☑ Applicant acknowledges Debtor's Suspense Balance in the amount of **$352.47**.

   Total Arrearages Due **$6,639.48**

2. Debtor must cure all post-petition arrearages, as follows:

   ☑ Immediate payment shall be made in the amount of **$1,450.00**. Payment shall be made no later than **01/30/2026** per Debtor's Opposition to the Motion.

2

☑ Additional payment shall be made in the amount of **$1,450.00**. Payment shall be made no later than **02/28/2026** per Debtor's Opposition to the Motion.

☑ Beginning on **03/01/2026**, regular monthly mortgage payments shall continue to be made in the amount of **$1,398.39** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☑ Beginning on **03/01/2026** additional monthly cure payments shall be made in the amount of **$623.25** for **5** months and in the amount of **$623.23** for **1** month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑ Immediate payment:
Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

☑ Regular monthly payment:
Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

☑ Monthly cure payment:
Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619094
Dallas, TX 75261-9741

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed

with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☑ In the event that this case dismisses, discharges or converts to another chapter under the Bankruptcy Code, the terms and conditions of this Agreed Order are null and void.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorney's fees of $675.00, and costs of $199.00.

The fees and costs are payable:

☑ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____
Tamika Nicole Wyche, Esquire
Counsel for Debtor


_/s/ Steven Kelly_____      03/09/2026

Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-11660-JNP

Patricia A. White                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                  User: admin                                          Page 1 of 2

Date Rcvd: Mar 13, 2026                       Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

**Name                              Email Address**

Andrew B Finberg
                                   on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                                   courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Cory Francis Woerner
                                   on behalf of Creditor CrossCountry Mortgage  LLC cwoerner@raslg.com

Denise E. Carlon
                                   on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert J. Malloy
                                   on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

Steven Eisenberg
                                   on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,

District/off: 0312-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Mar 13, 2026                            Form ID: pdf903                            Total Noticed: 1

jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Tamika Nicole Wyche

on behalf of Debtor Patricia A. White daviddanielslaw@gmail.com  16022@notices.nextchapterbk.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9