**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | Patricia A. White |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   xxx–xx–1941
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   District of New Jersey

Case number:   23–11660–JNP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patricia A. White
aka Patricia A Jones

6/30/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11660-JNP |
| Patricia A. White | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 30, 2026 | Form ID: 3180W | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. White, 101 North West Avenue, Minotola, NJ 08341-1142 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 519850655 | + | First Harvest Cu, 1615 Hurffville Rd Rear, Deptford, NJ 08096-6406 |
| 519850656 | + | Gary White, 101 North West Avenue, Minotola, NJ 08341-1142 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 30 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 30 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jun 30 2026 21:20:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519850651 | + | EDI: CAPITALONE.COM | Jul 01 2026 01:07:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519889649 | + | EDI: AIS.COM | Jul 01 2026 01:07:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519850652 | + | EDI: CITICORP | Jul 01 2026 01:07:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 519850653 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2026 21:19:01 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 520200047 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2026 21:20:00 | CrossCountry Mortgage, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, CrossCountry Mortgage 75261-9096, ATTN: Bankruptcy Dept |
| 520200046 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2026 21:20:00 | CrossCountry Mortgage, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 519911975 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 30 2026 21:20:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519850654 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 30 2026 21:20:00 | Crosscountry Mtg/Doven, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 519850657 | + | EDI: IRS.COM | Jul 01 2026 01:07:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519881703 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2026 21:19:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520556327 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 30 2026 21:20:00 | Nationstar Mortgage LLC, c/o Leslie Gomez, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

District/off: 0312-1                                 User: admin                                      Page 2 of 2
Date Rcvd: Jun 30, 2026                         Form ID: 3180W                              Total Noticed: 22

| 519887187 | EDI: AGFINANCE.COM | | |
| | | Jul 01 2026 01:04:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519850658 | + EDI: AGFINANCE.COM | | |
| | | Jul 01 2026 01:04:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 519901482 | EDI: Q3G.COM | | |
| | | Jul 01 2026 01:07:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519850659 | + Email/Text: bankruptcy@rubinrothman.com | | |
| | | Jun 30 2026 21:20:00 | Rubin & Rothman, LLC, 1787 Verterans Memorial Highway, Islandia, NY 11749-1500 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor CrossCountry Mortgage LLC cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Tamika Nicole Wyche | on behalf of Debtor Patricia A. White admin@wychelawgroup.com 16022@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9